UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-253-1FL

FILED
OCT 3 0 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___KM___ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N F O R M A T I O N |
| | ) | |
| KEITH ANDREW JACKSON | ) | |

The United States Attorney charges that:

On or about April 17, 2014, in the Eastern District of North Carolina, the defendant, KEITH ANDREW JACKSON, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, firearms, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[Remainder of the page intentionally left blank]

## FORFEITURE NOTICE

The defendant, KEITH ANDREW JACKSON, is given notice of the provisions of Title 18, United States Code, Section 924(d)(1), as made applicable by 28 United States Code section 2461, that the firearms and related ammunition specified herein are subject to forfeiture.

As a result of the foregoing offense in the Indictment, the defendant shall forfeit to the United States all firearms and related ammunition involved and used in the knowing violation of the offense named in the Indictment.

The forfeitable property includes, but it not limited to:

- Smith and Wesson 9mm handgun, model SD9VE, semi-auto pistol, serial no. HEK8153
- H&R, 1871 Inc, model Marlin 200, 12 gauge shotgun, serial no. KM118318
- Marlin, model 336W, 30-30 caliber rifle, serial no. MR23156D
- And all related ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;
(2) has been transferred or sold to, or deposited with, a third person;
(3) has been placed beyond the jurisdiction of the court;
(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2253(o) or 1467(n), whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON

_____
DATE

THOMAS G. WALKER
United States Attorney

_____
J. FRANK BRADSHER
Assistant United States Attorney
Criminal Division

3