IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:14-CR-253-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| KEITH ANDREW JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with regard to Defendant's liberty status pending sentencing. At Defendant's arraignment, following his plea of guilty, pursuant to a plea agreement, to an offense arising under 18 U.S.C. §§ 922 (g)(1) and 924, the parties addressed the issue of detention pursuant to the provisions of 18 U.S.C. § 3143(a). No argument was made for release by Defendant. After considering the parties' respective positions and the pretrial services report, the court finds that Defendant has failed to show by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community.

Accordingly, Defendant is COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the government, Defendant shall be delivered to a United Stats marshal for the purpose of an appearance in connection with a court proceeding.

So ordered, the 18th day of December 2014.

Robert B. Jones, Jr.
United States Magistrate Judge